**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICTS OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                                          BANKRUPTCY NO: 13-05865-FJO-13
Carl Edward Culmann
    Debtor

**OBJECTION TO MOTION FOR RELIEF**

Comes now the debtor, by counsel, and requests the Court deny Old National Bank's request for Relief from Stay, and in support shows the Court:

1. That the debtor filed a Chapter 13 petition on May 31, 2013.

2. That the debtor is paying the loan payments to Old National Bank outside the plan.

3. That the debtor is willing to continue paying the loan payments outside the plan and repay any post-petition arrears that have accrued, if any.

4. That Old National Bank is adequately protected under the plan.

5. That the debtor objects to the request for relief filed by Old National Bank.

WHEREFORE, the debtor respectfully requests the Court deny Old National Bank's request, or in the alternative schedule a hearing to resolve this issue.

Respectfully submitted,

/s/ Robert B. Lynch
LYNCH & BELCH, P.C.
7748 Madison Avenue, Suite D
Indianapolis, IN 46227
Phone (317) 888-0006
Fax (317) 888-8282
Email rob@lynchandbelch.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served upon parties of record by depositing same in the United States Mail, First Class, postage prepaid, this 21st day of June, 2013:

Robert A Brothers    ecfmail@bobbrothersch13.com,ecfmail1@bobbrothersch13.com
John E Joseph3    USDCSDECFBK@feiwellhannoy.com
Robert B. Lynch    erin@lynchandbelch.com, landbbk@gmail.com
Christopher M. Trapp    ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
David H. Yunghans    inbk@rslegal.com, rsbkecfbackup@gmail.com

/s/ Robert B. Lynch
LYNCH & BELCH, P.C.
7748 Madison Avenue, Suite D
Indianapolis, IN 46227
Phone (317) 888-0006
Fax (317) 888-8282
Email rob@lynchandbelch.com